B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (For Court Use Only) |
|---|---|

| PLAINTIFFS<br>Laslo White<br>5747 East Avenue T8<br>Palmdale, CA 93552 | DEFENDANTS<br>Schools Federal Credit Union<br>2200 West Artesia Boulevard<br>Compton, CA 90220 |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Barry E. Borowitz 167418<br>M. Erik Clark 188693<br>Borowitz & Clark, LLP<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax: (626) 332-8644 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)
Complaint for declaratory relief and to remove lien of defendant

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ 1 ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ 2 ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law          ☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint          Demand $

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||
|---|---|
| NAME OF DEBTOR<br>Laslo White | BANKRUPTCY CASE NO.<br>2:11-bk-47298-VZ |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Vincent P. Zurzolo |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

M. Erik Clark 188693

| DATE<br>9/13/11 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>M. Erik Clark 188693 |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Barry E. Borowitz<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax: (626) 332-8644<br>California State Bar Number: 167418<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Laslo White<br><br>Debtor. | CHAPTER __13__<br><br>CASE NUMBER 2:11-bk-47298-VZ<br><br>ADVERSARY NUMBER |
|---|---|
| Laslo White<br>Plaintiff(s),<br>vs.<br>Schools Federal Credit Union<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: 1368 | Floor: 13th |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re<br>**Laslo White**<br><br>Debtor(s). | CASE NO: **2:11-bk-47298-VZ**<br>ADV. No.: 2:11-ap-    -VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described as   **Summons and Notice of Status Conference**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **September    , 2011**   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Vincent P. Zurzolo<br>United States Bankruptcy Judge<br>255 E. Temple Street, Suite 1360<br>Los Angeles, CA 90012 | Nancy Curry<br>Chapter 13 Trustee<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014 | United States Trustee<br>Los Angeles Division<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017 |
|---|---|---|

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September   , 2011 | Alma Polanco | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)    **F 7004-1**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Barry E. Borowitz, Esq. #167418<br>M. Erik Clark, Esq. #188693<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600<br>(626) 332-8644<br>ecf@blclaw.com<br>☒ *Attorney for Plaintiff(s)*:<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Laslo White<br><br>Debtor(s). | CASE NO.: 2:11-bk-47298-VZ<br><br>CHAPTER 13<br><br>ADVERSARY NO.: |
|---|---|
| Laslo White,<br>Plaintiff(s),<br><br>vs.<br><br>Schools Federal Credit Union<br><br>Defendant. | **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(a),(d), FRBP 3012]** |
| | TO BE FILED CONCURRENTLY WITH LBR FORM F 7004-1 SUMMONS AND NOTICE OF STATUS CONFERENCE AND FORM B-104 ADVERSARY PROCEEDING COVER SHEET |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Defendant"):**   Schools Federal Credit union

---

**A. Introduction:** This is an adversary proceeding brought by the Plaintiff(s), <u>Laslo White</u>, in order to determine the value of a claim secured by a lien on principal residence of Plaintiff(s) which the estate has an interest, and to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") of Defendant, pursuant to 11 U.S.C. § 506.

**B. Jurisdiction:** This adversary proceeding arises out of and is related to the above-captioned chapter 13 case now pending in United States Bankruptcy Court. The complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; and General Order No. 266 of the United States District Court for the Central District of California.

**C. Venue:** Venue for this adversary proceeding is proper in this court pursuant to 28 U.S.C. § 1409(a).

**D. General Allegations:**

   **1. Property at Issue:** Plaintiff(s) owns real property (the "Property"), which is the principal residence of Plaintiff(s), described below, encumbered by a lien held by Defendant:

| Street Address: | 5747 East Avenue T8 |
|---|---|
| Unit Number: | |
| City, State, Zip Code: | Palmdale, CA 93552 |

Legal description or document recording number (including county of recording):

☒ See attached page

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010    Page 1    **F4003-2.5.COMPLAINT**
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

**2. Grounds for Avoidance of Junior Lien:**

a. As of __August 31, 2011__, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the Plaintiff(s) seeks to have treated as indicated:

i. __Bank of America, N.A.__ in the amount of $ __214,661.74__ :

ii. __Schools Federal Credit Union__ in the amount of $ __64,648.70__     ☒ is ☐ is not    to be avoided;

iii. _____ n the amount of $_____    ☐ is ☐ is not    to be avoided;

☐ See attached page for additional lien(s).

b. As of __August 24, 2011__, Property is worth no more than $ __175,000.00__ .

c. As a result, Defendant's claim related to the Lien on the Property is ☒ wholly ☐ partially unsecured.

**E. Claim For Relief:**

1. Pursuant to 11 U.S.C. § 506(a), Defendant's claim as of the date of filing is unsecured.

2. Pursuant to 11 U.S.C. § 506(d) the Defendant's Lien may be avoided.

**F. Wherefore, Plaintiff prays for the following:**

1. The Property is valued at no more than $ __175,000.00__ .

2. The Defendant's claim related to the Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

3. The avoidance of Defendant's Lien is contingent upon ☒ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

4. The Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to: ☒ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to: ☒ Debtor's completion of the chapter 13 plan, ☒ or Debtor's receipt of a chapter 13 discharge,

6. ☐ See attached continuation page for additional provisions.

Dated: __September 13, 2011__         Respectfully submitted,

By: _____
*Signature of Plaintiff or Attorney for Plaintiff*

Name: __M. Erik Clark__
*Type Name of Plaintiff or Attorney for Plaintiff*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                              Page 2                                F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

3

## EXHIBIT "A"

03  3356739

PARCEL NO. 3, IN THE CITY OF PALMDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON A RECORD OF SURVEY FILED IN BOOK 64 PAGES 38 TO 40, INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ONE-HALF OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND AS RESERVED BY ADA TIFFANY BY DEED RECORDED JANUARY 31, 1949 IN BOOK 29281 PAGE 60, OFFICIAL RECORDS.

ALSO EXCEPT ONE-HALF OF ALL INTEREST AND RIGHTS IN ALL OIL AND OTHER HYDROCARBONS AND MINERALS NOW OR AT ANY TIME HEREAFTER SITUATED IN AND UNDER SAID LAND AS GRANTED TO DESACRES WATER CO., A CORPORATION, BY DEED RECORDED AS INSTRUMENT NO. 1092 ON AUGUST 10, 1950 IN BOOK 33955 PAGE 219, OFFICIAL RECORDS.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250, West Covina, CA 91791-1600**

A true and correct copy of the foregoing document described as __**DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE § 706(a) OR 1112(a)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __September 14, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
United States Bankruptcy Judge
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Nancy Curry
Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014

United States Trustee
Los Angeles Division
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2011 | Alma Polanco | /s/ Alma Polanco |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)(Certified Mail required for service on a national bank.)*

| Name & Address | Address from: | Delivery Method |
|---|---|---|
| **Name of 1st Lien Holder & Address**<br>Bank of America, N.A.<br>450 American Street<br>Simi Valley, CA 93065 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br><br>Credit Report | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| **Name of 1st Lien Holder - Agent for Service of Process**<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| **Name of 1st Lien Holder - Servicing Agent**<br>Bank of America, N. A.<br>Brian Moyniham/ President & CEO<br>100 N. Tyron St.<br>Charlotte, NC 28255 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify*<br><br>Web Search | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Name & Address | Address from: | Delivery Method |
|---|---|---|
| **Name of 2nd Lien Holder & Address**<br>Schools Federal Credit Union<br>Harry Montanez, CEO<br>2200 West Artesia Boulevard<br>Compton, CA 90220 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br><br>CA, Credit Union's List<br>Credit Report | ☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| **Name of 2nd Lien Holder - Agent for Service of Process**<br>Not Available | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| **Name of 2nd Lien Holder - Servicing Agent**<br>Not Available | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify*<br><br>Web Search | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Name & Address | Address from: | Delivery Method |
|---|---|---|
| **Name of 3rd Lien Holder & Address** | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010 — Page 4 — F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com — Best Case Bankruptcy

| Name of 3rd Lien Holder - Agent for Service of Process | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| Name of 3rd Lien Holder - Servicing Agent | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Alternative/Additional Address<br><br>BAC Home Loans Servicing, LP<br>4500 Park Granada<br>Calabasas, CA 91302 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br><br>Credit Report | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| Alternative/Additional Address<br><br>Laslo White<br>5747 East Avenue T8<br>Palmdale, CA 93552 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: *specify*<br><br>Debtor | Delivery Method<br>☐ US Mail<br>☒ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010    Page 5    F4003-2.5.COMPLAINT
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy