B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re  LASLO WHITE                              ,                Case No. 11-47298VPZ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Midland Funding LLC by American InfoSource LP as agent | GRANITE RECOVERY LLC,C/O RECOVERY MANAGEMENT SYSTEMS CORP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

Phone:  (877) 893-8820
Last Four Digits of Acct #:       4115

Court Claim # (if known):       10
Amount of Claim:       $1,997.66
Date Claim Filed:       11/15/2011

Phone:
Last Four Digits of Acct. #:       4115

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Lovetta Walls                              Date: 12/24/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.